

ORDERED in the Southern District of Florida on May 21, 2014.

*Laurel M. Isicoff* (signature)

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                               CASE No.    14-18256-LMI

MIGUEL A FERNANDEZ

                    DEBTOR(S).
_____/

**ORDER GRANTING THE BANK OF NEW YORK MELLON FKA THE BANK OF
NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE
CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA21, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-OA21
MOTION FOR PROSPECTIVE RELIEF FROM STAY [D.E. # 15]**

THIS CAUSE came up for hearing on May 12, 2014 pursuant to the Motion for Prospective Relief from Stay [DE # 15] filed by The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of The CWALT, Inc., Alternative Loan Trust 2006-OA21, Mortgage Pass- Through Certificates, Series 2006-OA21, and its Successors and/or Assigns ("Secured Creditor"), in the above-styled cause.  The Motion was served upon all interested parties.

Our Case #: 13-003691-BK7 MFR\14-18256-LMI\BOA

After hearing argument of counsel for Secured Creditor, reviewing the file, and being otherwise advised in the premises, the Court finds as follows:

1. Secured Creditor's allegation of multiple Bankruptcy filings by Miguel A. Fernandez to hinder, delay and/ or defraud Secured Creditor in pursuing foreclosure of the property at 7450 North Augusta Drive, Miami, FL 33015 are true and Secured Creditor has been harmed thereby.

2. Miguel A. Fernandez filed Chapter 7 Bankruptcy 12-16346 in the Middle District of Florida on December 5, 2012 causing cancellation of the court-ordered foreclosure sale set for December 6, 2012, and said case was dismissed on December 20, 2012 for failure to file information.

3. Miguel A. Fernandez filed Chapter 7 Bankruptcy 13-13066 in the Middle District of Florida on October 23, 2013 causing cancellation of the court-ordered foreclosure sale set for October 25, 2013, and said case was dismissed on November 14, 2013 for failure to file information.

4. Miguel A. Fernandez filed this current Chapter 7 Bankruptcy case on April 10, 2014, causing cancellation of the court-ordered foreclosure sale set for April 11, 2014.

It is therefore ORDERED:

1. The Motion for Prospective Relief From Stay filed by Secured Creditor is granted.

2. The automatic stay provided by 11 U.S.C. 362 is modified as to Secured Creditor to permit the Movant to commence and prosecute an *in rem* mortgage foreclosure action in state court against real property, the legal description of which is described below.

> **LOT 1 BLOCK 6 NORTH LINKS COUNTRY CLUB ESTATES ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 111 PAGE 70 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

Property Address: 7450 North Augusta Drive, Miami, FL 33015

3. The filing of a new bankruptcy case by any person or business entity, including but not limited to Miguel A. Fernandez, or the conversion of the case at bar to another chapter

under the Bankruptcy Code, shall not act to impose an automatic stay pursuant to 11 U.S.C. § 362(a) against the collateral property described in paragraph 2 above, with respect to Secured Creditor or its Successors or Assigns for a period of two years from the date of this Order.

4. Any action taken by Secured Creditor in state court can proceed without further order of the Bankruptcy Court.

5. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

6. This Order is entered for the sole purpose of allowing Secured Creditor to commence, prosecute and complete through judgment, sale, certificate of title and possession, an *in rem* mortgage foreclosure against the property described above. Secured Creditor shall not seek or obtain an *in personam* judgment against the Debtor(s).

7. The Court waives the fourteen (14) day stay of this Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

###

**Submitted by:**

Muhammad Esa Ahmed
1499 W. Palmetto Park Road, Suite 300
Boca Raton, FL 33486
Telephone #: 561-338-4101
Fax #: 561-338-4077
Florida Bar #: FBN 95501
eahmed@gladstonelawgroup.com

Our Case #: 13-003691-BK7 MFR\14-18256-LMI\BOA

Muhammad Esa Ahmed is directed to serve copies of this order on the parties listed and file a certificate of service.

**Ariel Rodriguez**
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

**Maria Yip**
2 S. Biscayne Blvd #2690
Miami, FL 33131

**Miguel A Fernandez**
7450 N Augusta Dr
Hialeah, FL 33015

**Ricardo A Rodriguez**
900 W 49th St Ste 408
Hialeah, Florida 33012-3489

Our Case #: 13-003691-BK7 MFR\14-18256-LMI\BOA