

ORDERED in the Southern District of Florida on May 27, 2014.

*Laurel M. Isicoff*

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MIGUEL A. FERNANDEZ,             Case No.: 14-18256-BKC-LMI

    Debtor.                            Chapter 7

_____/

### AGREED ORDER GRNATING UNITED STATES TRUSTEE'S EX-PARTE AGREED MOTION TO DISMISS CASE WITH PREJUDICE FOR THREE YEARS

THIS MATTER came before the Court upon the United States Trustee's Ex-Parte Motion to Dismiss with Prejudice for Three Years. The Court having reviewed the Motion and having considered argument of counsel, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The above-referenced case is DISMISSED WITH PREJUDICE for three years.

3. **Creditors shall have 14 days from the entry of this Order to file an objection to the dismissal of this case.**

###

Submitted by: Ariel Rodriguez, Esq.
U.S. Trustee's Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
ariel.rodriguez@usdoj.gov

Copies to:
Ariel Rodriguez, Esq.
Chapter 7 Trustee
Debtor and all creditors (via Clerk of Court)